CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2012

JULIA C. DUDLEY, CLERK
BY: /s/ B. Weeks
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH L. GARDNER, | ) | Civil Action No. 7:12cv00613 |
| Petitioner, | ) | |
| | ) | **2241 FINAL ORDER** |
| v. | ) | |
| BUREAU OF PRISONS, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Gardner's petition is **DISMISSED** without prejudice, and this matter is **STRICKEN** from the court's active docket. Further, finding that Gardner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: December 20, 2012.

UNITED STATES DISTRICT JUDGE